IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN
_____

BADGER PRECISION CUT-STOCK, INC.,

    Plaintiff,                                                                           ORDER

    v.                                                                                     15-cv-832-wmc

BREWER MACHINE & PARTS LLC,

    Defendants.
_____

Consistent with today's status conference with counsel for the parties -- Kevin Wolf for plaintiff Badger Precision Cut-Stock, Inc. and Kevin Trost for defendants Brewer Machine & Parts LLC and Brewer, Inc. -- and valuable input from Mediator Ralph Cagle, the court enters the following order. The court again thanks the parties and especially Mr. Cagle for their efforts to arrive at an amicable business solution to this dispute.

ORDER

IT IS ORDERED THAT:

1. All current deadlines in this matter are STRUCK.

2. This matter is STAYED until an in-person status and scheduling conference is held with the parties and Mr. Cagle on May 11, 2017, at 1:00 p.m.

3. If necessary, jury selection and trial in this matter will begin at 9:00 a.m. on July 5, 2017, with expedited discovery and accelerated deadlines to be set by the court on May 11th.

4. In the interim, Mr. Cagle shall provide a very short status report (no more than two paragraphs) to the court every 30 days beginning Monday, January 23, 2017, as to the parties' progress toward a global resolution of this matter.  He shall also reconvene with the parties and counsel in an effort to complete any necessary, remaining mediation on or before Saturday, April 15, 2017.

5. The parties are to notify the court at their earliest convenience should this matter settle before the May 11 conference.  The court is, of course, available if it can assist in that process.

Entered this 22nd day of December, 2016.

                              BY THE COURT:

                              /s/

                              _____
                              WILLIAM M. CONLEY
                              District Judge